IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, ET AL., | |
|     Plaintiffs, | No. C 05-04409 JSW |
| v. | |
| NEWCON CONCRETE CONSTRUCTION, INC., | **ORDER REFERRING MOTION FOR ENTRY OF DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |
|     Defendant. | |

Pursuant to Local Rule 72-1, Plaintiff's Motion for Entry of Default Judgment by Court Against Defendant Newcon Concrete Construction, Inc., is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date of May 26, 2006, is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: April 7, 2006

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom