IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ALVARADO, ET AL., | |
| Plaintiffs, | No. C 05-04409 JSW |
| v. | |
| NEWCON CONCRETE CONSTRUCTION, INC., | **ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | |

The Court has reviewed Magistrate Judge Joseph C. Spero's Report and Recommendation re Plaintiffs' Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED and the arbitration awards are CONFIRMED. Claims Two through Six are DISMISSED without prejudice. Plaintiffs are HEREBY AWARDED $3,435.00 in attorney's fees and $538.50 in costs.

**IT IS SO ORDERED.**

Dated: July 14, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE